IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 19-03746 MCF |
| CYNTHIA VEGA VAZQUEZ | * | CHAPTER 7 |
| DEBTOR | * | |

**DEBTOR'S NOTICE OF FILING OF *AMENDED SCHEDULES "I" & "J"***
***(OFFICIAL FORMS 106I & 106J)***

**TO THE HONORABLE COURT:**

**COMES NOW, CYNTHIA VEGA VAZQUEZ,** the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The Debtor is hereby submitting ***Amended Schedules "I " and "J" Official Forms 106I and 106J***, dated September 06, 2019, herewith and attached to this motion.

2. **The *Amended Schedule "I"* is filed to include the Debtor's monthly household income, which income has been reduced to only rent income ($1,100) and the *Amended Schedule "J"* is filed to state the Debtor's current household monthly expenses.**

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)**

**Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

Page -2-
Notice of Amended Schedules "I" & "J"
Case no. 19-03746 MCF7

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 7 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 6th day of September, 2019.

*/s/Roberto Figueroa Carrasquillo*
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR the DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfc@rfigueroalaw.com

Fill in this information to identify your case:

Debtor 1: **CYNTHIA VEGA VAZQUEZ**

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (If known): **3:19-bk-3746**

Check if this is:
- ■ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date: _____ MM / DD/ YYYY

Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   | | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ☐ Employed<br>■ Not employed | ☐ Employed<br>☐ Not employed |
   | Occupation | | |
   | Employer's name | | |
   | Employer's address | | |
   | How long employed there? | | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 0.00 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | $ 0.00 | $ N/A |

Official Form 106I        Schedule I: Your Income        page 1

Debtor 1  VEGA VAZQUEZ, CYNTHIA                                  Case number (if known) 3:19-bk-3746

|     |                                                                                                                                                                                                                                                 |       | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | --- | --- | --- | --- |
|     | Copy line 4 here                                                                                                                                                                                                                                | 4.    | $ 0.00       | $ N/A                              |
| 5.  | List all payroll deductions:                                                                                                                                                                                                                    |       |              |                                    |
| 5a. | Tax, Medicare, and Social Security deductions                                                                                                                                                                                                   | 5a.   | $ 0.00       | $ N/A                              |
| 5b. | Mandatory contributions for retirement plans                                                                                                                                                                                                    | 5b.   | $ 0.00       | $ N/A                              |
| 5c. | Voluntary contributions for retirement plans                                                                                                                                                                                                    | 5c.   | $ 0.00       | $ N/A                              |
| 5d. | Required repayments of retirement fund loans                                                                                                                                                                                                    | 5d.   | $ 0.00       | $ N/A                              |
| 5e. | Insurance                                                                                                                                                                                                                                       | 5e.   | $ 0.00       | $ N/A                              |
| 5f. | Domestic support obligations                                                                                                                                                                                                                    | 5f.   | $ 0.00       | $ N/A                              |
| 5g. | Union dues                                                                                                                                                                                                                                      | 5g.   | $ 0.00       | $ N/A                              |
| 5h. | Other deductions. Specify: _____                                                                                                                                                                                                          | 5h.+  | $ 0.00 +     | $ N/A                              |
| 6.  | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h.                                                                                                                                                                                  | 6.    | $ 0.00       | $ N/A                              |
| 7.  | Calculate total monthly take-home pay. Subtract line 6 from line 4.                                                                                                                                                                             | 7.    | $ 0.00       | $ N/A                              |
| 8.  | List all other income regularly received:                                                                                                                                                                                                       |       |              |                                    |
| 8a. | Net income from rental property and from operating a business, profession, or farm  Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.       | 8a.   | $ 1,100.00   | $ N/A                              |
| 8b. | Interest and dividends                                                                                                                                                                                                                          | 8b.   | $ 0.00       | $ N/A                              |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive  Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.                                             | 8c.   | $ 0.00       | $ N/A                              |
| 8d. | Unemployment compensation                                                                                                                                                                                                                       | 8d.   | $ 0.00       | $ N/A                              |
| 8e. | Social Security                                                                                                                                                                                                                                 | 8e.   | $ 0.00       | $ N/A                              |
| 8f. | Other government assistance that you regularly receive  Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f.   | $ 0.00       | $ N/A                              |
| 8g. | Pension or retirement income                                                                                                                                                                                                                    | 8g.   | $ 0.00       | $ N/A                              |
| 8h. | Other monthly income. Specify: Savings                                                                                                                                                                                                          | 8h.+  | $ 846.30 +   | $ N/A                              |
| 9.  | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h.                                                                                                                                                                                        | 9.    | $ 1,946.30   | $ N/A                              |

10. **Calculate monthly income.** Add line 7 + line 9.                       10. $ 1,946.30 + $ N/A = $ 1,946.30
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
    Specify: _____                                                                                                       11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies     12. $ 1,946.30
                                                                                                                                    Combined monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain: _____

Official Form 106I                                          Schedule I: Your Income                                          page 2

Fill in this information to identify your case:

Debtor 1: **CYNTHIA VEGA VAZQUEZ**

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (If known): 3:19-bk-3746

Check if this is:
- ☒ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**
   - ☒ No. Go to line 2.
   - ☐ Yes. Does Debtor 2 live in a separate household?
     - ☐ No
     - ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☒ No
   Do not list Debtor 1 and Debtor 2.  ☐ Yes. Fill out this information for each dependent...............
   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   - ☒ No
   - ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. — 4. $ 0.00

   If not included in line 4:
   - 4a. Real estate taxes — 4a. $ 0.00
   - 4b. Property, homeowner's, or renter's insurance — 4b. $ 0.00
   - 4c. Home maintenance, repair, and upkeep expenses — 4c. $ 0.00
   - 4d. Homeowner's association or condominium dues — 4d. $ 0.00
5. Additional mortgage payments for your residence, such as home equity loans — 5. $ 0.00

Official Form 106J    Schedule J: Your Expenses    page 1

Debtor 1   VEGA VAZQUEZ, CYNTHIA                     Case number (if known)   3:19-bk-3746

| | | | |
|---|---|---|---:|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | 100.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | 60.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 80.00 |
| | 6d. Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 140.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 15.00 |
| 10. | **Personal care products and services** | 10. $ | 25.00 |
| 11. | **Medical and dental expenses** | 11. $ | 10.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 87.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 20.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | 0.00 |
| | 15b. Health insurance | 15b. $ | 160.00 |
| | 15c. Vehicle insurance | 15c. $ | 0.00 |
| | 15d. Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | 456.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. Other. Specify: | 17c. $ | 0.00 |
| | 17d. Other. Specify: | 17d. $ | 0.00 |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I). | 18. $ | 0.00 |
| 19. | Other payments you make to support others who do not live with you. Specify: | 19. $ | 0.00 |
| 20. | Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.* | | |
| | 20a. Mortgages on other property | 20a. $ | 753.30 |
| | 20b. Real estate taxes | 20b. $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 40.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | 0.00 |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 1,946.30 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 1,946.30 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 1,946.30 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 1,946.30 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 0.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    ■ No.
    ☐ Yes.   Explain here:

Fill in this information to identify your case:

Debtor 1 **CYNTHIA VEGA VAZQUEZ**
First Name / Middle Name / Last Name

Debtor 2
(Spouse if, filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known) **3:19-bk-3746**

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____

Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Cynthia Vega
CYNTHIA VEGA VAZQUEZ
Signature of Debtor 1

X _____
Signature of Debtor 2

Date **September 6, 2019**

Date _____

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 19-03746-MCF7<br>District of Puerto Rico<br>Old San Juan<br>Fri Sep 6 08:34:18 AST 2019 | BANCO POPULAR DE PUERTO RICO<br>MORTGAGE COUNSELING AND BANKRUPTCY (762)<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | ISLAND PORTFOLIO SERVICES LLC AS SERVICING A<br>PO BOX 361110<br>SAN JUAN, PR 00936-1110 |
| UNITED STATES TRUSTEE<br>500 TANCA ST STE 301<br>SAN JUAN, PR 00901-1922 | VAPR FEDERAL CREDIT UNION<br>C/O ISAYRA BAGUE DIAZ,ESQ.<br>PMB 181 PO BOX 4952<br>CAGUAS, PR 00726 CAGUAS 00726-4952 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| Bufete Bellver Espinosa<br>Lcda. Krystal Santiago Sanchez El Centro<br>500 MRivera Ave Ste 801<br>San Juan, PR 00918-3331 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Island Finance<br>PO Box 71504<br>San Juan, PR 00936-8604 | Mohela/Dept of Ed<br>633 Spirit Dr<br>Chesterfield, MO 63005-1243 | Pay Pal Credit<br>PO Box 960006<br>Orlando, FL 32896-0006 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Syncb/Jc Penney Pr<br>PO Box 965007<br>Orlando, FL 32896-5007 | Syncb/Sams Club DC<br>PO Box 965005<br>Orlando, FL 32896-5005 |
| Syncb/ppxtrm<br>PO Box 965005<br>Orlando, FL 32896-5005 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Thd/Cbna<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | US Department of Education/MOHELA<br>633 Spirit Dr<br>Chesterfield, MO 63005-1243 | VAPR FEDERAL CREDIT UNION<br>ISAYRA BAGUE DIAZ,ESQ.<br>PMB 181 PO BOX 4952<br>CAGUAS PR 00726-4952 |
| Vapr Federal Credit Un<br>2400 Carr 177<br>Guaynabo, PR 00969-4779 | CYNTHIA VEGA VAZQUEZ<br>HC 05 BOX 56116<br>CAGUAS, PR 00725-9222 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 |
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | NOREEN WISCOVITCH RENTAS<br>PMB 136<br>400 CALAF STREET<br>SAN JUAN, PR 00918-1314 | ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service              Portfolio Recovery Associates, LLC
PO Box 21126                          POB 12914
Philadelphia, PA  19114-0326          Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)BANCO POPULAR DE PUERTO RICO              (d)ISLAND PORTFOLIO SERVICES LLC AS SERVICING     End of Label Matrix
MORTGAGE COUNSELING AND BANKRUPTCY (762)     PO BOX 361110                                     Mailable recipients   26
PO BOX 362708                                SAN JUAN, PR 00936-1110                           Bypassed recipients    2
SAN JUAN PR   00936-2708                                                                       Total                 28
```